1
2
3
4
5
6
7
8   **UNITED STATES DISTRICT COURT**
9   **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>            Plaintiff-in-Interpleader,<br><br>     v.<br><br>ETHEL COHEN, an individual, ANNABETH COHEN, an individual, and X.C., a minor,<br><br>            Defendants-in-Interpleader. | Case No. 2:22-cv-04822 SVW (MAAx)<br><br>(Honorable Stephen V. Wilson)<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: July 14, 2022 |

1

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear its or their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 28, 2023

_____
STEPHEN V. WILSON
U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

*United of Omaha Life Insurance Company v. Ethel Cohen, et al*

*Case No. 2:22-cv-04822 SVW (MAAx)*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 10100 Santa Monica Boulevard, Suite 550, Los Angeles, CA 90067.

On **March 27, 2023**, I served the document(s) entitled, [PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **March 27, 2023**, at Los Angeles, California.

Lea Borys

300830215v1 0977380

# SERVICE LIST

*United of Omaha Life Insurance Company v. Ethel Cohen, et al*
*Case No. 2:22-cv-04822 SVW (MAAx)*

Evelyn J. Abasi
9100 Wilshire Blvd., Ste. 725E
Beverly Hills, CA 90212
*Attorney for Defendant-in-Interpleader*
*Ethel Cohen*

James M. Eisenman, Esq.
15760 Ventura Boulevard, Ste. 700
Encino, CA 91436
Tel: (818) 905-0123
*Attorneys for Defendant-in-Interpleader*
*Annabeth Cohen*

James M. Eisenman, Esq.
15760 Ventura Boulevard, Ste. 700
Encino, CA 91436
Tel: (818) 905-0123
*Attorneys for Defendants-in-Interpleader*
*X.C., a minor, by and through his proposed Guardian-At_Litem*
*Connie Arellano*

300830215v1 0977380